IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;
$7,200.00 IN U.S. CURRENCY,
$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND
2005 TOYOTA 4-RUNNER;

        Defendants.

_____

AMENDED ORDER FOR WARRANT AND SUMMONS OF
ARREST OF PROPERTY *IN REM*
_____

        Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Amended Verified Complaint filed herein that the Court has jurisdiction over the defendant property, and it appears, for the reasons and causes set forth in the Amended Complaint that there is probable cause to believe the defendant property is subject to a decree of forfeiture, and that a Amended Warrant and Summons of Arrest of the defendant property should enter.

        IT IS THEREFORE ORDERED AND DECREED that a Amended Warrant and Summons for Arrest of Property *In Rem* for the defendant shall issue as prayed for and that the United States Marshals Service or its representatives be directed to arrest and seize the defendant properties;

        IT IS FURTHER ORDERED that a return of this Amended Warrant and Summons shall

be promptly made to the Court; and

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the defendant property shall file their Verified Statement of Interest with the Clerk of this Court pursuant to Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the earlier of (1) receiving actual notice of execution of process, or (2) last publication of notice under Rule C(4), or after such additional time as the Court may allow, and shall serve and file their Answers to the Verified Complaint within twenty (20) days after the filing of the Verified Statement of Interest with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell for the District of Colorado, 1225 17th Street, Suite 700, Denver, Colorado.

DATED at Denver, Colorado, this 12th day of January, 2006.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge