FILED
UNITED  DISTRICT COURT
'RADO

APR - 3 2005

C.
LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

*$442,576.45* SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;

$7,200.00 IN U.S. CURRENCY,

$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND

2005 TOYOTA 4-RUNNER;

        Defendants.

---

## MEMO TO THE COURT / CONTACT INFORMATION

---

**Shaun Rosiere (CFO, Trustee)**
**P.O. Box 3604**
**Evergreen, CO 80437**

**Phone: 720-985-5615**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

*$442,576.45* SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;

$7,200.00 IN U.S. CURRENCY,

$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND

2005 TOYOTA 4-RUNNER;

        Defendants.

---

## VERIFIED STATEMENT OF INTEREST

---

See Attachment A (Verified Statement of Interest, Notarized)

See Attachment B (Copy of official bank check)

See Attachment C (Certificate of Mailing)

Attachment A

| STATE OF California | § |
| Los Angeles COUNTY | § |

### Verified Statement of Interest

On this day, Macrosoft, Inc. (Shaun Rosiere acting CFO) appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1. My name is Shaun Rosiere acting CFO of the above stated Corporation. I am competent and authorized to make this Verified Statement of Interest.

   The facts stated in this Verified Statement of Interest are within my personal knowledge and are true and correct.

2. The above listed Corporation has a Verified Statement of Interest, (Stated Interest) in a percentage of the $442,576.45 monies seized from Commercial Federal bank: Civil Action No. 05-cv-02589-WDM-CBS

3. Enclosed is a copy of the check as provided from Commercial Federal Bank to Shaun Rosiere acting CFO of the above Corporation. As you can see monies were paid to the US MARSHALL SERVICE via an official check, REMITTER the above listed Corporation name.

_____
Shaun Rosiere, CFO

SWORN TO and SUBSCRIBED before me by Shaun Rosiere, CFO on _APRIL 1ST_____, 200 _6_ .

_____
Notary Public in and for
the State of California



MOHID NASIR
COMM. #1496126
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 24, 2008

Attachment B

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.
ISSUED BY: TRAVELERS EXPRESS COMPANY, INC., P.O. BOX 2575, MINNEAPOLIS, MN 55440   DRAWEE: BOSTON SAFE DEPOSIT & TRUST CO., BOSTON, MASSACHUSETTS



**OFFICIAL CHECK**

No. **070955852**

012    00-00   70955852
                        5-769
                         110

P.O. Box 1108 • Omaha, NE 68101-1103

| DATE | AMOUNT |

November 4, 2006          *$14,025.32*

PAY     Fourteen Thousand Twenty Five Dollars and 32 cents

PAY TO THE
ORDER OF:     US MARSHALL SERVICE

Drawer: Commercial Federal Bank
AUTHORIZED SIGNATURE

*NON-NEGOTIABLE*                MP
TWO SIGNATURES REQUIRED ON CHECKS
OF $10,000 OR MORE.

REMITTER:     MACROSOFT INC

Notice to Customer:
An Indemnity Agreement or Bond may be required before this check will be replaced or refunded

Attachment C

# CERTIFICATE OF MAILING

The undersigned hereby certifies that on  April 1 , 2006, a true and correct copy of the foregoing was sent by United States mail, postage prepaid and correctly addressed to the following:

Office of the Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294-3589


Assistant United States Attorney
James S. Russell, for the District of Colorado
1225 17th Street, Suite 700
Denver, Colorado  80202

_____
Shaun Rosiere, CFO

_____
Date

Appendix D

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1.  Date of transmission: April 2, 2006

2.  Name of attorney or *pro se* party making the transmission: Shaun Rosiere, CFO (pro se rep)

    Facsimile number: None          Telephone number: 720-985-5615

3.  Case number, caption, and title of pleading or paper: _____

    Cilil Action No. 05-cv-02589-WDM-CBS

    Verified Statement Of Interest and  Memo To the Court / Contact Information

4.  Number of pages being transmitted, including the facsimile cover sheet: 6 pages

    Instructions, if any: Fax is for:  Macrosoft , Inc.

(Rev. 04/15/02)