IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;
$7,200.00 IN U.S. CURRENCY,
$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND
2005 TOYOTA 4-RUNNER;

    Defendants.

_____

ORDER
_____

This matter having come before the Court on the Uncontested Motion to Vacate (*doc. no. 71*), and the Court being fully apprised, the instant motion is **GRANTED**.

The Planning and Scheduling Conference set for September 26, 2006, at 10:45 a.m., and all other attendant deadlines contained in the June 29, 2006 Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting are VACATED. The United States shall file a Status Report regarding settlement on or before **October 9, 2006**.

DATED at Denver, Colorado, this 11th day of September, 2006

                BY THE COURT:

                *s/Craig B. Shaffer*
                Craig B. Shaffer
                United States Magistrate Judge