IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;
$7,200.00 IN U.S. CURRENCY,
$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND
2005 TOYOTA 4-RUNNER;

      Defendants.
_____

ORDER
_____

      This matter having come before the Court on the United States' Status Report (*doc. no. 76*), and the Court being fully apprised, it is hereby ORDERD:

      That the United States shall file a further Status Report on or before **November 9, 2006**.

DATED at Denver, Colorado, this 11th day of October, 2006

      BY THE COURT:

      *s/Craig B. Shaffer*
      Craig B. Shaffer
      United States Magistrate Judge