IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS, and
$7,200.00 IN U.S. CURRENCY,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on United States Request for Forthwith Clarification (*doc. no. 116).* Parties are advised that while the hearing set for January 25, 2007, will be designated as a status conference, the court may raise questions regarding the current posture of the pending motions. However, the court does not intend to hear any evidentiary testimony or decide any substantive issues raised by said motions.

      In light of the foregoing, United States' Request for Forthwith Clarification (*doc. no. 116)* is **MOOT**.

      Parties are further advised that the status conference remains set for **January 25, 2007, at 10:45 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. *No telephonic appearances will be permitted.*

**DATED:**      January 10, 2007