**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  05-cv-02589-WDM-CBS** | FTR-Reporter Deck-Courtroom A402 |
| **Date: January 25, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

| | |
|---|---|
| UNITED STATES OF AMERICA, | James S. Russell |
| **Plaintiff,** | |
| v. | |
| $442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS , and $7,200 IN U.S. IN CURRENCY, | Shaun Rosiere, pro se |
| **Defendants.** | |
| NANCY D. BRANTLEY, | Nancy D. Brantley, pro se |
| U.S. BANK NATIONAL ASSOCIATION ND, | Thomas J. Bissell |
| **Claimants.** | |
| BANK OF THE WEST, | Katrin Miller Rothgery |
| **Interested Party.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:       10:45 a.m.**
Court calls case.  Appearances of counsel and pro se parties.

Counsel discuss the status of the case with the Court.

**ORDERED:**   The Motion to Recuse [filed January 22, 2007; doc. 122] is denied as moot based on the filing of the Amended Motion to Recuse and Motion to Transfer Venue [filed January 23, 2007; doc. 123].

Counsel and pro se defendant present arguments regarding Third Party Bank of the West's Motion to Quash Subpoena Duces Tecum [filed October 30, 2006; doc. 90].

**ORDERED:** **Third Party Bank of the West's Motion to Quash Subpoena Duces Tecum [filed October 30, 2006; doc. 90] is granted for the reasons stated on the record.**

Pro se defendant may frame and reserve proper subpoenas upon Bank of the West.

Pro se defendant and counsel present arguments regarding the Motion for Suppression and Return of Property [filed October 17, 2006; doc. 78].

**ORDERED:** **Mr. Rosiere shall pickup his personal property from the Postal Inspector on this date, and then he shall supplement his Motion for Suppression and Return of Property [filed October 17, 2006; doc. 78] with a listing of those items he received back and those he has not yet received within fifteen (15) days.  The United States shall respond to the supplement within fifteen (15) days of its filing.**

HEARING CONCLUDED.

**Court in Recess:**     **12:46 p.m.**
Total In-Court Time:     02:01