IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS, and
$7,200.00 IN U.S. CURRENCY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that Plaintiff's Motion to Vacate Possible Motions Hearing (*doc. no. 133)* is **GRANTED**. The court hereby releases (vacates) the time set aside for a possible motions hearing on February 26, 2007.

    In light of the foregoing, parties are hereby advised that the court will reserve **March 5, 2007,** instead. However, due to the court's responsibility to preside over the criminal docket, the four hours allocated for the above captioned matter will have to be split between morning and afternoon. Therefore,

    IT IS ORDERED that parties are to be available on **March 5, 2007,** from the hours of **8:00 a.m. to 10:00 a.m.** and from **3:00 p.m. to 5:00 p.m.**, as necessary.

    Parties are instructed to clear their calendars accordingly.

**DATED:**    January 29, 2007