# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-02589-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 9, 2007** | **Courtroom Deputy:** Ben Van Dyke |

UNITED STATES OF AMERICA,                    James S. Russell, via telephone

      **Plaintiff,**

      v.

$442,576.45 SEIZED FROM COMMERCIAL                    Shaun Rosiere, pro se (via telephone)
FEDERAL BANK ACCOUNTS , and
$7,200 IN U.S. IN CURRENCY,

      **Defendants.**

U.S. BANK NATIONAL ASSOCIATION ND,                    Thomas J. Bissell, via telephone

      **Claimant.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      3:30 p.m.**
Court calls case.  Appearances of counsel and pro se defendant.

Counsel and defendant discuss the status of the case with the Court.

**ORDERED:   The United State's Unopposed Motion to Vacate Motions Hearing [filed February 7, 2007; doc. 139] is granted.  The motions hearing set for March 5, 2007 is vacated.**

**ORDERED:   All proceedings in this action are hereby STAYED for one hundred eighty (180) days.**

**ORDERED:   The United States' Motion for Stay [filed January 18, 2007; doc. 120] is denied as mooted by the order for stay.**

**ORDERED:** **The oral motions to withdraw all pending motions without prejudice are granted.  The following motions are hereby withdrawn without prejudice:**

**Motion to Dismiss [filed April 19, 2006; doc. 31]**
**Defendants Amended Motion for Entry of Default [filed May 22, 2006; doc. 45]**
**Defendants Amended Motion for Entry of Default [filed May 22, 2006; doc. 47]**
**Motion for Suppression and Return of Property [filed October 17, 2006; doc. 78]**
**Motion for Issuance of Subpoenas [filed October 18, 2006; doc. 79]**
**Motion to Strike Statements of Interest/Claims [filed October 31, 2006; doc. 92]**
**Motion to Quash Subpoenas [filed October 31, 2006; doc. 95]**
**Amended Motion to Recuse and Motion to Transfer Venue [filed January 23, 2007; doc. 123]**

HEARING CONCLUDED.

**Court in Recess:       3:53 p.m.**
Total In-Court Time:     00:23