FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 6 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-CBS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;

$7,200.00 IN U.S. CURRENCY,

$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND

2005 TOYOTA 4-RUNNER;

　　　　Defendants.

---

## NOTE TO THE COURT, NEW CONTACT INFORMATION

---

New Phone Number: 720-982-3974

Respectfully submitted,

By: _____
Shaun Rosiere, (Pro Se), All Names @ Common Law
7380 S. Eastern Ave. STE#124265
Las Vegas, NV 89123

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on July 31, 2007, a true and correct copy of the foregoing was sent by United States mail or other third party carrier or fax, postage prepaid and correctly addressed to the following:

GoGo, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Gold, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

International Investment Fund, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Macrosfot, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Nancy D. Brantley
Post Office Box 1574
Lancaster, CA 93539

National Investment Fund, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Shaun Rosiere Trust
Post Office Box 3604
Evergreen, CO 80437

Velocity International, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

1

U.S. Bank National Assoc.
Thomas J. Bissell
Block, Markus & Williams, LLC
1700 Lincoln Street
#4000
Denver, CO 80203

Fiesta Systems, Inc.
Shaun Rosiere, CFO
Post Office Box 3604
Evergreen, CO 80437

GoGo Big Daddy, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Engineering Systems, Inc.
Shaun Rosiere
Post Office Box 3604
Evergreen, CO 80437

Core Basis Data Systems, Inc.
Shaun Rosiere, CFO
Post Office Box 3604
Evergreen, CO 80437

Chain of Mines, Inc.
Shaun Rosiere, CFO
Post Office Box 3604
Evergreen, CO 80437

Assistant United States Attorney
James S. Russell, for the District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202

Office of the Clerk (Via Fax)
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294-3589

_____
Shaun Rosiere, (Pro Se)
Dated: on July 31, 2007

2

Appendix D

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _7-31-07_

2. Name of attorney or *pro se* party making the transmission: _Shaun Rosiere_

   Facsimile number: _____    Telephone number: _720-982-3974_

3. Case number, caption, and title of pleading or paper:
   _#05-cv-02589-WDM-CBS; New Contact Information - new phone #_

4. Number of pages being transmitted, including the facsimile cover sheet: _3_

Instructions, if any: _New contact info._

(Rev. 04/15/02)

TRANSMISSION VERIFICATION REPORT

```
TIME  : 07/31/2007 08:39
NAME  :
FAX   :
SER.# : BROLSF359842
```

```
DATE,TIME          07/31  08:39
FAX NO./NAME       13033352714
DURATION           00:00:29
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```