**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 05-cv-02589-WDM-KLM**        **FTR** - Reporter Deck - Courtroom A-501
**Date:**   October 23, 2007                                              Courtroom Deputy,  Ellen E. Miller
_____

UNITED STATES OF AMERICA,                              James S.  Russell

    **Plaintiff(s),**
v.

$442,576.45 seized from Commercial Federal Bank Accounts,
$7,200.00 in U.S. Currency,
$25,140.62 seized from US Bank Accounts, and
2005 Toyota 4-Runner.

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE   ORDER**
_____
**HEARING:  STATUS   CONFERENCE**
**Court in Session:**   11:00 a.m.
Court calls case.    In court appearance of Plaintiff's counsel and counsel Thomas J. Bissell  for Claimant U.S. Bank.  Claimants Shaun Rosiere and Nancy D. Brantley appear  by telephone.

The Court notes the Stay previously entered by the Court expired August 08, 2007.
Mr. Russell reports on the status of the ongoing criminal investigation and proceedings in New Jersey.

The Court hears discussion from each party regarding the continuation of the stay.

**It is ORDERED:**        All proceedings in this action are hereby STAYED until **APRIL 04, 2008**  or until further order by the Court.

        **No later than APRIL 09, 2008,** the Plaintiff shall file a Status Report.


Discussion is held regarding various documents and pending motions filed by Mr. Rosiere.  Mr. Rosiere moves to withdrawn the motions and documents  discussed.  With no objections,

*05-cv-02589-WDM-KLM*
*Status Conference*
*October 23, 2007*

**It is ORDERED:**   Claimant Rosiere's   MOTION OF REINSTATEMENT AND NOTICE OF ADDITIONAL ADDRESS [Docket No. **154,** Filed August 27, 2007] is **WITHDRAWN without prejudice** for the reasons set forth on the record.

**It is ORDERED:**   Claimant Rosiere's   SUPPLEMENTAL MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM (PART 1) [Docket No. **159,** Filed September 28, 2007] and all attached Exhibits are **WITHDRAWN without prejudice** for the reasons set forth on the record.

**It is ORDERED:**   Claimant Rosiere's   SUPPLEMENTAL MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM (PART 2) [Docket No. **165,** Filed October 15, 2007] is **WITHDRAWN without prejudice** for the reasons set forth on the record.

**It is ORDERED:**   Claimant Rosiere's   SUPPLEMENTAL COUNTERCLAIM FOR RELIEF (PART 1) BY SHAUN ROSIERE (PRO SE) OR (A.K.A.), (SEE DOCUMENTS 141, 31, 32 AND 33) [Docket No. **174,** Filed October 19, 2007] is **WITHDRAWN without prejudice** for the reasons set forth on the record.

**It is ORDERED:**   Claimant Rosiere's SUPPLEMENTAL COUNTERCLAIM FOR RELIEVE (PART 2) BY SHAUN ROSIERE (PRO SE) OR (A.K.A.) [Docket No. **175,** Filed October 22, 2007] and its attached Exhibit are **WITHDRAWN without prejudice** for the reasons set forth on the record.

The Court reminds Mr. Rosiere that, under District of Colorado Local Rule 83.3D, corporations may appear in federal court only through a licensed attorney admitted to practice in this court. Any future filings made by Mr. Rosiere on behalf of any corporation will be stricken. Mr. Rosiere acknowledges that he understands.

The Court directs Mr. Rosiere not to file pleadings that seek the same relief in separate parts (*i.e.* Part 1, Part 2) as this is not helpful in moving the case forward. Mr. Rosiere acknowledges that he understands. Both Ms. Brantley and Mr. Rosiere acknowledge that while the stay is in effect, no pleadings shall be filed.

*05-cv-02589-WDM-KLM*
*Status Conference*
*October 23, 2007*

Discussion is held as to the items Mr. Rosiere alleges were taken and are being held by the Federal government. The Court directs the Plaintiff United States government to search the items being held which were seized from Mr. Rosiere for (1) approximately five hundred (500) CDs which are labeled with wording or similar wording "Shaun Rosiere - Shaun Rosiere published Trading Platform". The CDs are labeled with a typed label and have visible markings with a "Sharpie" pen and (2) approximately nine thousand (9000) pages of typed technical papers and personal notes.
Mr. Rosiere notes that the twenty-eight (28) page mathematical formula he wants is included on the CDs and therefore the United States does not need to search for separate papers describing this formula.

**It is ORDERED:**   Plaintiff United States shall file a Status Report **no later than DECEMBER 12, 2007**   regarding its search of the seized items.
Upon review of the Status Report, the Court will issue further orders as to the continued search and/or copying those items requested for Mr. Rosiere.

Mr. Rosiere states he no longer uses the Post Office Box in Evergreen, Colorado.
Mr. Rosiere confirms two current mailing addresses for the Court as
7380 S. Eastern Avenue, Suite No. 124265, Las Vegas, NV 89123
and   19425-B Soledad Canyon Road No.131,  Canyon Country, CA 91351

Ms. Brantley confirms her address as Post Office Box 1574, Lancaster, CA 93539.

HEARING CONCLUDED.

**Court in Recess:**   11:56 a.m.
Total In-Court time: 00:56