IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-KLM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS,
$7,200.00 IN U.S. CURRENCY,
$25,140.62 SEIZED FROM US BANK ACCOUNTS, and
2005 TOYOTA 4-RUNNER,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Shaun Rosiere's Motion of Reinstatement [Docket No. 184; Filed April 4, 2008] (the "Motion"). As a preliminary matter, the Court notes that the stay of this case expired on April 4, 2008 [Docket No. 179].

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. To the extent that the Motion purports to reinstate motions that were previously withdrawn, the Motion is **denied**. Now that the stay has expired, Mr. Rosiere may choose to refile motions that were withdrawn without prejudice, but he must do so on a motion-by-motion basis. In addition, as the Court has previously informed Mr. Rosiere, motions filed by him on behalf of a company will be summarily denied (e.g., Docket Nos. 31 & 47). As Mr. Rosiere is not an attorney, he is not permitted file motions on behalf of a company. *See* D.C. Colo. L. Civ. R. 11.1(A) & 83.3(D). To the extent that the Motion purports to reinstate other pleadings filed on the docket which were not withdrawn, the Motion is **denied as moot**. Finally, Mr. Rosiere has failed to certify that he conferred as he is required to do by D.C. Colo. L. Civ. R. 7.1(A). This in itself is grounds for denial of the Motion. Although Mr. Rosiere also filed a pleading titled "Public Notice - D.C. Colo.L.CIVR 7.1 Motions (A) - Duty to Confer" [Docket No. 186], this notice does not comply with Rule 7.1(A) as it purports only to give "public notice" rather than certifying that Mr. Rosiere personally conferred with opposing counsel and stating opposing counsel's position on the motion at hand. In the future, each motion shall include a certification that Mr. Rosiere has conferred with opposing counsel in compliance with Rule 7.1(A) or the motion will be summarily denied.

Dated: April 10, 2008