IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02589-WDM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$44,2576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS, et al.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    A review of this case shows that it was stayed May 5, 2008. It is now ordered that this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before July 3, 2009, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on July 3, 2008.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL