IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-02589-WDM-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$44,2576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS, et al.,

    Defendants.
_____

**ORDER EXTENDING ADMINISTRATIVE CLOSURE**
_____

    This matter is before me on the United States' Motion to Extend Administrative Closure or Reopen and Stay Case (doc. no. 203).  The motion is granted in that the administrative closure is extended to July 15, 2010.  If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before July 15, 2010, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on June 15, 2009.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          Senior United States District Judge

PDF FINAL