IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;

$7,200.00 IN U.S. CURRENCY,

$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND

2005 TOYOTA 4-RUNNER;

        Defendants.

## ORDER REOPENING CASE

This matter having come before the Court on the Unopposed United States' Motion to Reopen, and the Court being fully apprised, it is hereby ORDERED that:

1. The case is reopened.

SO ORDERED this 23rd day of September, 2009.

                              BY THE COURT :

                              s/ Walker D. Miller

                              _____
                              Walker D. Miller
                              U.S. District Judge