IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02589-WDM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$442,576.45 SEIZED FROM COMMERCIAL FEDERAL BANK ACCOUNTS;

$7,200.00 IN U.S. CURRENCY,

$25,140.62 SEIZED FROM US BANK ACCOUNTS; AND

2005 TOYOTA 4-RUNNER;

    Defendants.

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture and Judgment, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981,

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Claimants Shaun Rosiere, U.S. Bank, and Nancy Brantley, have reached a settlement in this case and have filed Settlement Agreements and Consent to Forfeiture with the Court resolving all issues in dispute.

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the defendant property; and

THAT it further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of

    a. $442,576.45 seized from Commercial Federal Bank Accounts;

    b. $7,200.00 in United States currency;

    c. $5,140.62 of defendant $25,140.62 seized from U.S. Bank Accounts; and

    d. 2005 Toyota 4-Runner,

shall enter in favor of the United States.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

Dated this 15th day of April, 2010.

BY THE COURT:

_____
WALKER D. MILLER
United States District Court Judge